IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 21-CR-30111-DWD |
| ) | |
| DONTE A. HUNTER, ) | |
| ) | |
| Defendant. ) | |

### ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
### (FINAL ORDER OF FORFEITURE)

On July 25, 2022, this Court entered order of forfeiture (Doc. 50) against defendant Donte A. Hunter, for the following property which had been seized from the defendant:

**One Smith & Wesson 9mm semi-automatic pistol, bearing serial number DSX5511, and any and all ammunition contained therein.**

The order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. ' 853(n)(1).

The Court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning July 29, 2022, and ending August 27, 2022, and that no third party filed a petition within 30 days after the last date of the publication to allege an interest in the property.

Consequently, the Court hereby finds, pursuant to 21 U.S.C. ' 853(n)(7), that no third-party petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the order of forfeiture (Doc.50) filed on July 25, 2022, namely:

1

**One Smith & Wesson 9mm semi-automatic pistol, bearing serial number DSX5511, and any and all ammunition contained therein.**

The United States Marshal or custodian for the Federal Bureau of Investigation shall dispose of the property according to law.

**DATE: November 18, 2022**

*s/David W. Dugan*
**DAVID W. DUGAN**
**United States District Judge**
